# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Khari Varner, et al., | Case No. 2:24-cv-00341-RFB-DJA |
| Plaintiffs, | |
| v. | **Order** |
| CPS/CCDFS, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiffs' filing of a complaint on February 13, 2024. Since that date, Plaintiffs have failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis*. Although Plaintiffs' initiated this action by filing a complaint, they must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Plaintiffs one opportunity to file such an application within 30 days. Alternatively, Plaintiffs may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **March 21, 2024** to proceed with this case.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiffs the approved form application to proceed *in forma pauperis*, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **March 21, 2024,** Plaintiffs will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

1  **IT IS FURTHER ORDERED** that, if Plaintiffs do not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before **March 21, 2024**, the Court will recommend dismissal of this action.

DATED: February 20, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE