# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Khari Varner, et al., <br><br>            Plaintiffs, <br><br>     v. <br><br> CPS/CCDFS; et al., <br><br>            Defendants. | Case No. 2:24-cv-00341-RFB-DJA <br><br> **Order** |

This matter is before the Court on *pro se* Plaintiff Khari Varner's application to proceed *in forma pauperis*. (ECF No. 4). Plaintiff's application to proceed *in forma pauperis* is not on the Court's approved form, which the Court sent to Plaintiff on February 20, 2024. (ECF No. 3). Instead, it is on a state court form. However, Plaintiff has filed this action in federal court. Under Nevada Local Special Rule (LSR) 1-1, applications to proceed *in forma pauperis* "must be made on the form provided by the court."[1]  The Court will therefore deny the application to proceed *in forma pauperis* without prejudice for Plaintiff to re-file a complete application on the correct form or to pay the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and the form application for a non-inmate to proceed *in forma pauperis* and its accompanying instruction packet.

---

[1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/forms/

1  **IT IS FURTHER ORDERED** that Plaintiff shall have until **April 1, 2024** to either:
2  (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C.
3  § 1915(a)(1) and LSR 1-1; or (2) pay the full $405 filing fee, which includes the $350 filing fee
4  plus the $55 administrative fee.  **Plaintiff is advised that failure to comply with this order will**
5  **result in a recommendation to the district judge that the case be dismissed.**

7  DATED: February 29, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE