# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Khari Varner, et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>CPS/CCDFS, et al.,<br><br>          Defendan24. | Case No. 2:24-cv-00341-RFB-DJA<br><br>**Order** |

This matter is before the Court on the return of Tera Strawter's mail. (ECF No. 19). The returned mail included a note stating, "RETURN TO SENDER," "VACANT," and "UNABLE TO FORWARD." (*Id.*). Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will therefore order Strawter to update their address.

**IT IS THEREFORE ORDERED** that Strawter must update their address on or before **July 10, 2024.** Failure to comply with this order may result in a recommendation of dismissal to the district judge.

DATED: June 10, 2024

 

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE